UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MILTON EMORY EDWARDS and
MICHELLE A CAMPBELL-EDWARDS,
               Plaintiffs,

v.

THE DEVEREUX FOUNDATION, and
JENNIFER L. COX,
               Defendants.
--------------------------------------------------------------x

**ORDER**

22 CV 5121 (VB)

On August 8, 2022, the Court ordered the parties to file a proposed Civil Case Discovery Plan and Scheduling Order by September 7, 2022. (Doc. #7). The parties have not done so.

Accordingly, the Court sua sponte extends to September 13, 2022, the parties' deadline to file their proposed Civil Case Discovery Plan and Scheduling Order.

Defendant The Devereux Foundation ("TDF") removed this action from Supreme Court, Putnam County, on June 17, 2022. To date, plaintiffs have not appeared in this federal action. Therefore, TDF is directed to serve a copy of this Order on plaintiffs' counsel today, September 12, 2022, and to file proof of such service on the docket.

Dated: September 12, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge