UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MILTON EMORY EDWARDS and
MICHELLE A CAMPBELL-EDWARDS,
               Plaintiffs,

v.

THE DEVEREUX FOUNDATION, and
JENNIFER L. COX,
               Defendants.
--------------------------------------------------------------x

**ORDER**

22 CV 5121 (VB)

     As discussed at a conference held today and attended by counsel for all parties, it is HEREBY ORDERED:

     1.    By **May 16, 2023**, counsel shall submit a joint letter regarding the status of their good faith settlement discussions and indicating whether there is anything the Court can do to assist in that regard.

     2.    The deadline to complete all discovery—including expert discovery—is extended to **June 16, 2023**. Absent compelling circumstances, the Court is unlikely to grant any further extensions.

     3.    The next case management conference is scheduled for **June 28, 2023, at 3:30 p.m.**, to be held in person at the White Plains Courthouse, Courtroom 620.

Dated: March 16, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge