UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MILTON EMORY EDWARDS and :
MICHELLE A CAMPBELL-EDWARDS, :
          Plaintiffs, :
 : **ORDER**
v. :
 : 22 CV 5121 (VB)
THE DEVEREUX FOUNDATION and :
JENNIFER L. COX, :
          Defendants. :
--------------------------------------------------------------x

    As discussed at a conference held today and attended by counsel for all parties, it is HEREBY ORDERED:

    1.    Defendants' motion for summary judgment is due March 4, 2024.

    2.    Plaintiffs' opposition to defendants' motion, and plaintiffs' cross-motion for summary judgment, are due April 4, 2024. If plaintiffs cross-move, they shall file one memorandum of law both in support of plaintiffs' cross-motion and in opposition to defendants' motion.

    3.    Defendants' reply in support of their motion, and defendants' opposition to plaintiff's cross-motion, are due May 3, 2024. Defendants shall file one memorandum of law both in further support of defendants' motion and in opposition to plaintiffs' cross-motion.

    4.    Plaintiffs' reply in support of their cross-motion is due May 17, 2024.

Dated: December 19, 2023
       White Plains, NY

                                      SO ORDERED:

                                      Vincent L. Briccetti
                                      United States District Judge