USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MILTON EMORY EDWARDS and
MICHELLE A CAMPBELL-EDWARDS,
            Plaintiffs,

v.

THE DEVEREUX FOUNDATION and
JENNIFER L. COX,
           Defendants.
--------------------------------------------------------------x

**ORDER**

22 CV 5121 (VB)

As discussed at a conference held today and attended by counsel for all parties, it is HEREBY ORDERED:

1. By **February 19, 2025**, to the extent not previously produced, defendants shall provide the policy information for their insurance policy, including policy number and limits, and policy information for any excess or umbrella coverage, including policy number and limits, consistent with Rule 26(a)(1)(iv).

2. By separate order, the Court will refer the parties to the Honorable Andrew E. Krause, United States Magistrate Judge, for a settlement conference.

3. The next case management conference in this matter is scheduled for **April 9, 2025, at 2:30 p.m.**, to proceed in Courtroom 620 at the White Plains Courthouse, at which time the parties should be prepared to set a trial date and deadlines for pretrial submissions.

Dated: February 5, 2025
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge