USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/3/25

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MILTON EMORY EDWARDS and
MICHELLE A. CAMPBELL EDWARDS,

                  Plaintiffs,

  -against-

JENNIFER L. COX and
THE DEVEREUX FOUNDATION,

                  Defendants.
-----------------------------------------------------------X

Case No.: 7:22-cv-05121-VB

**ORDER REOPENING
EXPERT DISCOVERY**

       This Order is adopted, after consultation with counsel, pursuant to Fed. R.Civ.P. 16 and 26(f):

1. Discovery in the above referenced case shall be reopened and limited to the following schedule:

   a. Plaintiffs' expert disclosures pursuant to Fed. R. Civ. P 26(a)(2) shall be made by June 20, 2025.

   b. Defendants' expert disclosures pursuant to Fed. R. Civ. P 26(a)(2) shall be made by July 11, 2025.

Dated: April 3, 2025
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge