UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MILTON EMORY EDWARDS and
MICHELLE A. CAMPBELL EDWARDS,

                Plaintiffs,

-against-

JENNIFER L. COX and
THE DEVEREUX FOUNDATION,

                Defendants.
------------------------------------------------------------X

Case No.: 7:22-cv-05121-VB

**ORDER REOPENING
EXPERT DISCOVERY**

      This Order is adopted, after consultation with counsel, pursuant to Fed. R.Civ.P. 16 and 26(f):

1. Discovery deadlines in the above referenced case shall be extended and limited to the following schedule:

    a. Plaintiffs' expert disclosures pursuant to Fed. R. Civ. P 26(a)(2) shall be made by July 25, 2025.

    b. Defendants' expert disclosures pursuant to Fed. R. Civ. P 26(a)(2) shall be made by September 5, 2025.

    c. Defendants' shall have the right to conduct a further independent medical examination of Plaintiff Milton Emory Edwards, in furtherance of their expert disclosures.

    d. Defendants' shall have the right to further depose Plaintiff Milton Emory Edwards on or before September 5, 2025, on the limited issue of damages since his last deposition.

Dated: 6/12/25
White Plains, NY

SO ORDERED:

/s/ Vincent L. Briccetti
Vincent L. Briccetti
United States District Judge