UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

_Edwards_____,
              Plaintiff(s),

v.

_Devereux Foundation___,
              Defendant(s).
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/25

**CALENDAR NOTICE**

22 cv 5121 (VB)

      **PLEASE TAKE NOTICE** that the above-captioned case has been ~~scheduled~~/ re-scheduled for:

✓ Status conference       ___ Final pretrial conference

___ Telephone conference       ___ Jury selection and trial

___ Pre-motion conference       ___ Bench trial

___ Settlement conference       ___ Suppression hearing

___ Oral argument       ___ Plea hearing

___ Bench ruling on motion       ___ Sentencing

on __10-2-__, 20_25_, at __10:00 a.m.__, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from __9-18-25__.

      **All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: __7-25-__, 20_25_
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge