UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MILTON EMORY EDWARDS and
MICHELLE A CAMPBELL-EDWARDS,
                     Plaintiffs,

v.

THE DEVEREUX FOUNDATION and
JENNIFER L. COX,
                     Defendants.

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/26

**ORDER**

22 CV 5121 (VB)

As discussed at an on-the-record conference held today and attended by counsel for all parties, it is HEREBY ORDERED:

1.     For the reasons stated on the record, plaintiffs' motion to preclude untimely disclosed experts (Doc. #78) is DENIED.

2.     The depositions of defendants' experts, Dr. Chiodo and Dr. Coyne, shall be completed by **May 29, 2026**.

3.     Plaintiffs' rebuttal expert disclosures shall be made by **June 30, 2026**.

4.     The depositions of plaintiffs' rebuttal experts shall be completed by **August 31, 2026**.

5.     The next case management conference is scheduled for **September 10, 2026, at 10:00 a.m.** at the White Plains courthouse, Courtroom 620.

The Clerk is instructed to terminate the motion. (Doc. #78).

Dated: March 24, 2026
       White Plains, NY

                           SO ORDERED:

                           Vincent L. Briccetti
                           United States District Judge