UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MILTON EMORY EDWARDS and MICHELLE A CAMPBELL-EDWARDS,
Plaintiffs,

v.

THE DEVEREUX FOUNDATION and JENNIFER L. COX,
Defendants.

**ORDER**

22 CV 5121 (VB)

As discussed at the case management conference held today and attended by counsel for all parties, it is HEREBY ORDERED:

1. The next case management conference is scheduled for **December 16, 2026, at 12:00 p.m.,** at the White Plains courthouse, Courtroom 620.

2. By **December 9, 2026**, plaintiffs' counsel shall submit a letter updating the Court on the status of settlement discussions.

Dated: September 10, 2026
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge